KIRTON McCONKIE
Richard J. Armstrong (Nev. 9356)
Thanksgiving Park Four
2600 West Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 328-3600
Facsimile: (801) 212-2147
rarmstrong@kmclaw.com

*Attorneys for Evening Sky, LLC, Emilee Newell Harmon, and Thomas James Riskas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SILKSKIN, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVENING SKY, LLC, a Utah limited liability company; EMILEE NEWELL HARMON, an individual; THOMAS JAMES RISKAS, an individual; MICHAEL JONES, individually and dba JONES INTERACTIVE,<br><br>Defendants. | ORDER APPROVING<br><br>***STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS EVENING SKY, LLC, EMILEE NEWELL HARMON, AND THOMAS JAMES RISKAS***<br><br>Case No. 2:13-cv-00247-MMD-PAL |

Pursuant to Fed. R. Civ. P. 58, Plaintiff SilkSkin, Inc. ("Plaintiff"), and Defendants Evening Sky, LLC, Emilee Newell Harmon, and Thomas James Riskas (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree to the Court's entry of the Stipulated Judgment filed herewith. This motion is based on good cause, such that the Stipulated Judgment is the result of settlement discussions between the parties, and fully resolves the claims in this case against Defendants Evening Sky, LLC, Emilee Newell Harmon, and Thomas James Riskas.

The parties have settled their differences and now seek entry of the proposed Stipulated Judgment to effectuate that settlement.

DATED this 15th day of November, 2013.

            KIRTON McCONKIE

/s/ Richard J. Armstrong
Richard J. Armstrong
*Attorneys for Evening Sky, LLC, Emilee Newell Harmon and Thomas James Riskas*

SHARTSIS FRIESE LLP

/s/ Joseph Mauch (w/permission)
Joseph Mauch, *pro hac vice*

LEWIS AND ROCA LLP
Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for SilkSkin, Inc.*

It is so ordered.

Dated this 18th day of November 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE